UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

    Case No. 1:06:CR:210

    HON. GORDON J. QUIST

LEON FREEMAN,

        Defendant.

_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed March 28, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Leon Freeman's pleas of guilty to Counts One and Two of the Superseding Information are accepted. Defendant Leon Freeman is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Leon Freeman shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Tuesday, May 1, 2007**. Defendant Leon Freeman shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: April 13, 2007

        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE